IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02428-DDD

ORELBYS MATEO SAINZ,

      Petitioner,

v.

GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration and Customs Enforcement;
DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement;
JUAN BALTAZAR, Warden, GEO Group Aurora ICE Processing Center; and
TODD BLANCHE, Acting Attorney General,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed July 23, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Order to Show Cause, Doc. 7, is DISCHARGED, and the Application for a Writ of Habeas Corpus, Doc. 1, is DENIED and DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 23rd day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk